UNITED STATES DISTRICT COURT
Southern District of Texas
Corpus Christi, Division

United States Courts
Southern District of Texas
FILED

MAY 19 2021

Nathan Ochsner, Clerk of Court

Charlton REED TIPTON
CID # 1306505
Plaintiff.

V.                                    Civil Action No. _____

BOBBY LUMPKIN, Director of
The Texas Department of Criminal Justice,
Institutional Division,
        Defendant,

## WRIT OF MANDAMUS

Comes Now Charlton REED TIPTON (here in 'Plaintiff' or 'TIPTON'), who Tends his writ of Order and NOT to be construed as a Civil Rights Complaint, who files in PRO-SE and should NOT be held to the strict standards of a Lisenced Attorney.

Plaintiff had filed a writ of Mandamus in error with this court. Case number 2:21-CV-00011 (2:21-CV-00011), on January 22, 2021.

Case was Transferred to the Appropriate Court, Given the Case number of 5:21-CV-0060 in San Antonio Texas.

This honorable Court of Corpus Christi had such writ of Mandamus as a writ of Mandamus.

However when such Case was Tranferred to to San Antonio.. It was 'construed' as a Civil Rights Complaint___ See Case No 5:21-CV-0060 DOC 9__

Such reason to construe a writ of Mandamus as a Civil Rights Complaint and 'NOT' a writ of order to STOP Abuse, The_

1.

unconstitutional treatment of Tipton - has lead to the physical assault of Tipton which lead to an emotional injury - who had suicide thought of self harm and felt such treatment was needed showing a serious medical and placed in constant direct observation of known as C.D.O.

Such serious medical need was caused by a physical assault that was smokescreened as a justified use of force. When no order was given to justify restraining plaintiff.

As well as when Plaintiff was ordered to turn around and put your hands behind your back.

Plaintiff had complied. Offender Tipton is not to have access to such evidence of use of force conducted on 4-22-21. however I am sure such 'evidence' can be obtained by request.

Plaintiff was denied protection from his court in San Antonio Texas after filing his writ of Mandamus on January 25, 2021.

and was accepted and given a civil action number of 5:21-CV-0060 But construed his cry for help from the immediate actions that was occurring

Plaintiff filed motions of notice to the courts Injunctions, even a motion of a letter to the 5th Circuit Court of Appeals to get the courts in San Antonio Texas to rule on the cry of abuse he is suffering - with no action taken March 31, 2021 Letter Carbon copied.

Tipton files to this court for immediate help as he does not wish to suffer the threats of physical assault he had already endured on 4-22-21 - -

All motions for help to the San Antonio - was simply put to aside

Plaintiff sees he will not receive help from abuse that has lead to a physical assault with injuries - from his court of justice, to seek equal protection of the law

Tipton seeks help from this honorable court

2.

is either order the court in San Antonio Texas to immediately address and rule on motions filed to prevent abuse or to order the Director of the Texas Department of Criminal Justice (here in TDCJ) to tell officers of the Connally Unit to stop abuse that substantially burdens his religion.

" Removing Priviledges in an effort to compell compliance of the forcing of an offender to cut his hair. Qualifies as a substantial Burden" Cordon V. Sebe 679 F.3d 197 (4th cir 2012).

Plaintiff has recieved no help from the protection of court in San Antonio Texas case number 5:21-cv-0060 which has caused this filing in this honorable court

Respectfully submitted
Charlton Pipton

Inmate declaration

I swear and verify under the penalty of perjury the foregoing is true and correct under 28 USC § 1746 Signed This 10th day of May 2021
Charlton Pipton

3.