IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHARLTON REED TIPTON, | § | |
| *Plaintiff,* | § § § | SA-21-CV-00493-FB |
| vs. | § § | |
| PHONSO RAYFORD, CHRISTOPHER PAULEY, CAPTAIN, TEXAS DEPARTMENT OF CRIMINAL JUSTICE; RUTH E. TRICE, CAPTAIN OF CORRECTIONAL OFFICERS; LORRAINE SALAS, GRIEVANCE INVESTIGATOR II; ALFRED HASSLER, ALBERT PERALEZ, MANUEL PUENTE, MANUEL OROZCO, OSBALDO PUENTE, | § § § § § § § § § § § § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is the above-styled cause of action. The record reflects that on September 8, 2022, Plaintiff filed a motion for service of the Third Amended Complaint on five newly named Defendants by a United States Marshal [#67]. The Court granted the motion in part, ordering electronic service of the Third Amended Complaint on all five Defendants through the Office of the Attorney General pursuant to an agreement with the Texas Department of Criminal Justice. The Court's Order stated that if any of these Defendants chooses not to accept service through or be represented by the Attorney General's Office, the Attorney General shall file an advisory with the Court as to the last known address of each Defendant so that the Court can order alternate service on these Defendants.

On October 31, 2022, the Court received an Advisory containing the last known addresses of Manuel D. Puente and Obsaldo B. Puente, Jr., as the Office of the Attorney General

has not obtained authority to represent these two Defendants. The Court will therefore order service on these Defendants by United States Marshal.

**IT IS THEREFORE ORDERED** that the Clerk's Office complete a United States Marshal Service Form 285, with the addressed contained in the Office of the Attorney General's Advisory [#76], which is sealed, for Defendants Manuel D. Puente and Obsaldo B. Puente, Jr.

**IT IS FURTHER ORDERED** that the United States Marshal's Service shall serve each Defendant with a copy of the Third Amended Complaint [#60] and a copy of this order by certified mail, return receipt requested. The forms should remain **under seal**, as the addresses of these Defendants should not be disclosed to Plaintiff.

SIGNED this 6th day of December, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE