IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHARLTON REED TIPTON, | § § § | |
| *Plaintiff,* | § § | SA-21-CV-00493-FB |
| vs. | § § § | |
| PHONSO RAYFORD, CHRISTOPHER PAULEY, CAPTAIN, TEXAS DEPARTMENT OF CRIMINAL JUSTICE; RUTH E. TRICE, CAPTAIN OF CORRECTIONAL OFFICERS; LORRAINE SALAS, GRIEVANCE INVESTIGATOR II; ALFRED HASSLER, ALBERT PERALEZ, MANUEL PUENTE, MANUEL OROZCO, OSBALDO PUENTE, | § § § § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the above-styled cause of action. The record reflects that Defendants Manuel D. Puente and Osbaldo B. Puente, Jr., were served with process by the U.S. Marshals Service. The return of service receipt was docketed under seal on January 11, 2023, to protect the privacy of the Defendants. The Court will hereby direct the U.S. Marshals Service to file a public copy of the receipt with the addresses of Defendants redacted.

**IT IS HEREBY ORDERED** that the United States Marshals Service file a redacted copy of the service receipt as directed herein on or before **January 30, 2023**.

SIGNED this 23rd day of January, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE